IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CLIFFORD THOMAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 1:16-cv-1581 (AJT/MSN) |
| RAYMOND ROBERTS, *et al.*, | ) ) |
| Defendants. | ) ) |

## ORDER

On Friday, March 24, 2017, the Court held a hearing on Defendants Raymond Roberts and Thanh Quach's Motion to Dismiss for Failure to State a Claim [Doc. No. 36]; Defendants Zachary Casagrande and Gena Casagrande's Motion to Dismiss for Failure to State a Claim [Doc. No. 39]; Defendants Donald Berlin and Kimberly Berlin's Motion to Dismiss for Failure to State a Claim and for Lack of Subject Matter Jurisdiction [Doc. No. 42]; Defendants Debra Curtis and John Curtis' Motion to Dismiss for Failure to State a Claim [Doc. No. 45]; and Defendant Jim Brown's Motion to Dismiss for Failure to State a Claim [Doc. No. 47] (the "Motions"). Upon consideration of the Motions, the memoranda of law in support thereof and in opposition thereto, the arguments of counsel, and for the reasons stated in open court during the March 24, 2017 hearing, it is hereby

ORDERED that Defendants Raymond Roberts and Thanh Quach's Motion to Dismiss for Failure to State a Claim [Doc. No. 36] be, and the same hereby is, GRANTED in part and DENIED in part; it is DENIED as to the claims against Defendant Raymond Roberts for racial harassment in violation of Va. Code § 8.01-42.1 (Count V) and for stalking in violation of Va. Code § 8.01-42.3 (Count VI), and is otherwise GRANTED; and it is further

ORDERED that Defendants Zachary Casagrande and Gena Casagrande's Motion to Dismiss for Failure to State a Claim [Doc. No. 39] be, and the same hereby is, GRANTED; and it is further

ORDERED that Defendants Donald Berlin and Kimberly Berlin's Motion to Dismiss for Failure to State a Claim and for Lack of Subject Matter Jurisdiction [Doc. No. 42] be, and the same hereby is, GRANTED; and it is further

ORDERED that Defendants Debra Curtis and John Curtis' Motion to Dismiss for Failure to State a Claim [Doc. No. 45] be, and the same hereby is, GRANTED; and it is further

ORDERED that Defendant Jim Brown's Motion to Dismiss for Failure to State a Claim [Doc. No. 47] be, and the same hereby is, GRANTED.

The Clerk is directed to forward a copy of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

March 24, 2017
Alexandria, Virginia