UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

CLIFF THOMAS,

    Plaintiff/Counterclaim Defendant,

v.

RAYMOND ROBERTS,

    Defendant/Counterclaimant.

Civil Action No. 16-1581 (AJT/MSN)

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), plaintiff/counterclaim defendant Cliff Thomas and defendant/counterclaimant Raymond Roberts stipulate as follows:

1. This action is hereby dismissed with prejudice.
2. Each party shall bear his respective costs of suit and attorney's fees.

Respectfully submitted,

*J. Cathryne Watson by CBW with permission*

J. Cathryne Watson (VSB # 79186)
David H. Shapiro (*pro hac vice*)
SWICK & SHAPIRO, P.C.
1101 15th Street, N.W., Suite 205
Washington, D.C. 20005
(202) 842-0300
(202) 842-1418(fax)

*Counsel for Plaintiff/Counterclaim
Defendant Cliff Thomas*

*Charles B. Wayne*

Charles B. Wayne (VSB # 24954)
Katherine Ruffing (VSB #79006)
Brian J. Young (*pro hac vice*)
DLA PIPER LLP (US)
500 8th Street, N.W.
Washington, D.C. 20004
(202) 799-4253
(202) 799-5253 (fax)

*Counsel for Defendant/Counterclaimant
Raymond Roberts*

So ordered
8/10/17

/s/
Anthony J. Trenga
United States District Judge