UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

)
CLIFF THOMAS,                                )
                                             )
    Plaintiff/Counterclaim Defendant,        )
                                             )
        v.                                   )    Civil Action No. 16-1581 (AJT/MSN)
                                             )
RAYMOND ROBERTS,                             )
                                             )
    Defendant/Counterclaimant.               )
                                             )

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), plaintiff/counterclaim defendant Cliff Thomas and

defendant/counterclaimant Raymond Roberts stipulate as follows:

1. This action is hereby dismissed with prejudice.

2. Each party shall bear his respective costs of suit and attorney's fees.

Respectfully submitted,

J. Cathryne Watson by CBW with

J. Cathryne Watson (VSB # 79186) permission
David H. Shapiro (*pro hac vice*)
SWICK & SHAPIRO, P.C.
1101 15th Street, N.W., Suite 205
Washington, D.C. 20005
(202) 842-0300
(202) 842-1418(fax)

*Counsel for Plaintiff/Counterclaim
Defendant Cliff Thomas*

Charles B. Wayne

Charles B. Wayne (VSB # 24954)
Katherine Ruffing (VSB #79006)
Brian J. Young (*pro hac vice*)
DLA PIPER LLP (US)
500 8th Street, N.W.
Washington, D.C. 20004
(202) 799-4253
(202) 799-5253 (fax)

*Counsel for Defendant/Counterclaimant
Raymond Roberts*

So ordered
8/10/17

/s/

Anthony J. Trenga
United States District Judge